UNITED STATES
v.
ELIJAH GOODALE

1809

JOURNAL ENTRIES

1. Dismissal . . . . . . . . . . . . *Journal, infra,* \*p. 210

PAPERS IN FILE

[None]

IN THE MATTER OF HANNAH, A NEGRO WOMAN,
AND THOMAS, A MULATTO BOY

1809

JOURNAL ENTRIES

1. Appearance . . . . . . . . . . . . *Journal, infra,* \*p. 210
2. Decision; reasons . . . . . . . . . . . " 238

PAPERS IN FILE

[None]